Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

MEMO ENDORSED

12/12/22

70 Grand Avenue, Suite 100
River Edge, NJ 07661

233 Broadway, Suite 2370
New York, NY 10279
(Preferred mailing address)

December 9, 2022

Hon. Colleen McMahon
United States District Judge
500 Pearl Street
New York, NY 10007

Re:  United States v. Jason Rivera, 22 Cr. 358 (CM)

Dear Judge McMahon:

I am counsel for Jason Rivera, who is scheduled to appear before Your Honor for a status conference on December 13, 2022.

With the consent of Assistant United States Attorney James Ligtenberg, I respectfully request that the conference be adjourned for approximately ninety days.

The requested adjournment affords the Defendant a further opportunity to review discovery and allows the parties to continue discussions about a potential pretrial resolution of the case. Thus, should the requested adjournment be granted, the parties also request the exclusion of time under the Speedy Trial Act through the date of the next conference, as the ends of justice served by granting the adjournment outweigh the best interest of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Sincerely,

/s/

Donald J. Yannella, Esq.

*[Handwritten endorsement:]* Case Adj to March 13, 2023 at 2pm — time excluded through March 13, in the interest of justice, to allow for the review of discovery and plea discussions. /s/ Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/22